IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MELANIE S. STONER ) | |
| as next friend to N.S., a minor child ) | |
| ) | |
| v. ) | NO. 2:12-0098 |
| ) | |
| AARONA VANWINKLE, Individually and ) | |
| Officially as the Director of Schools; ) | |
| ROBIN PERRY, Individually and Officially ) | |
| as the Principal of Homestead Elementary; and ) | |
| JAMES V. DAVIS, Individually and Officially ) | |
| as an Employee of Cumberland County ) | |
| Schools, assigned to Homestead Elementary ) | |

**O R D E R**

At the request of plaintiff's counsel, and with the consent of defendants' counsel, the settlement conference scheduled for Friday, February 15, 2013, at 10:00 a.m., is CONTINUED and rescheduled to **10:30 a.m., Wednesday, April 24, 2013**. The parties have already submitted their settlement conference statements and participated in a conference call with the Court.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge