UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MELANIE S. STONER | ) | |
| | ) | |
| v. | ) | No. 2:12-0098 |
| | ) | Judge Sharp |
| CUMBERLAND COUNTY BOARD OF | ) | |
| EDUCATION, et al., | ) | |

**O R D E R**

The hearing for approval of a minor settlement scheduled for June 3, 2013, at 3:00 p.m. is hereby rescheduled for 11:00 a.m the same day in Cookeville, Tennessee.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE